JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-09282-ODW (RAOx) | Date | April 16, 2021 |
|---|---|---|---|
| Title | *Terry Hubbard v. 13JS Avalon, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On October 14, 2020, the Court issued an Order Regarding Prosecution of Certain Cases Under the Americans With Disabilities Act. (ECF No. 10.) Among other things, the Order requires Plaintiff to move for default judgment "within 10 calendar days of the last entry of default" when "only defaulted defendants remain in the case." (*Id.* at 2.) The Order cautions that "failure to comply with this Order in a particular case will result in a sanction of $300 . . . and dismissal for lack of prosecution." (*Id.*) On November 12, 2020, Default was entered against Defendant Citi Mall, Inc. (Default, ECF No. 18.) On April 5, 2021, the Court dismissed Defendant 13JS Avalon, LLC, leaving Citi Mall as the only remaining Defendant in the case. (Order Dismissing & Sanctioning, ECF No. 25.) Thus, as of April 5, 2021, only defaulted defendants remained in this action. However, more than ten calendar days have passed and Plaintiff has not moved for default judgment against Citi Mall as required. Therefore, pursuant to the Court's order (ECF No. 10), the Court hereby **DISMISSES** this case without prejudice for lack of prosecution. As the Court has already imposed the sanction of $300, it does not impose it again.

All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE